IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ELIZABETH STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| 1. STATE OF OKLAHOMA EX REL., OKLAHOMA OFFICE OF JUVENILE AFFAIRS, and | ) ) ) | CIV-12-1297-C |
| 2. GENE CHRISTIAN, individually as former Executive Director of the Oklahoma Office of Juvenile Affairs, | ) ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Shannon C. Haupt of the law firm of Leonard & Associates, P.L.L.C., counsel of record for the Plaintiff in the above-referenced matter, respectfully requests that the Court grant her permission to withdraw as counsel of record for the Plaintiff, for the reason that Shannon C. Haupt has accepted employment with the University of Arkansas and will no longer be employed by Leonard & Associates. Jana B. Leonard, also of the law firm Leonard & Associates, previously filed entries of appearance and will continue to represent the Plaintiff in this matter.

WHEREFORE, Shannon C. Haupt, counsel of record for the Plaintiff, hereby requests that this Court enter an Order granting her leave to withdraw as counsel of record for the Plaintiff in this matter.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF SEPTEMBER, 2013.**

s/Shannon C. Haupt
Shannon C. Haupt, OBA 18922
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
405-239-3800     (telephone)
405-239-3801     (facsimile)
haupts@leonardlaw.net

1

**CERTIFICATE OF SERVICE**

   This is to certify that on this <u>9th</u> day of <u>September,</u> 2013, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:
Electronic Mail Notice List:  The following are those who are currently on the list to receive e-mail notices for this case.
Jana B. Leonard leonardjb@leonardlaw.net; dorfflert@leonardlaw.net
Shannon C. Haupt haupts@leonardlaw.net; dorfflert@leonardlaw.net
Susan K. Werner Susan.Werner@oag.ok.gov
Manual Notice List
The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.
(No manual recipients)

                 s/Shannon C. Haupt