# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   ELIZABETH STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-12-1297-C |
| | ) | |
| 1.   STATE OF OKLAHOMA EX REL., | ) | |
| OKLAHOMA OFFICE OF | ) | |
| JUVENILE AFFAIRS, et al., | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Elizabeth Stewart, appeals to the United States Court of Civil Appeals for the Tenth Circuit from the summary judgment order [Doc. No. 43] and final judgment of the District Court entered on December 18, 2013 [Doc. No. 44] in favor of the Defendants.

**RESPECTFULLY SUBMITTED THIS 14th DAY OF JANUARY, 2014.**

s/Jana B. Leonard
Jana B. Leonard, OBA # 17844
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK  73139
(405) 239-3800     TELEPHONE
(405) 239-3801     FACSIMILE
leonardjb@leonardlaw.net

**CERTIFICATE OF SERVICE**

  This is to certify that on this 14th day of January, 2014, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List:  The following are those who are currently on the list to receive e-mail notices for this case.

Emily P Van Volkinburg emilyv@leonardlaw.net, dorfflert@leonardlaw.net
Jana Beth Leonard leonardjb@leonardlaw.net, dorfflert@leonardlaw.net
Lauren W Johnston johnstonlw@leonardlaw.net
Susan E Werner susan.werner@oag.ok.gov, docket@oag.ok.gov, susan.hanna@oag.ok.gov, tin.nguyen@oag.ok.gov
(No manual recipients)

               s/Jana B. Leonard